ACCEPTED
03-14-00737-CV
4322613
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/1/2015 2:30:33 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00737-cv

_____

IN THE THIRD COURT OF APPEALS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/2/2015 12:00:00 AM
JEFFREY D. KYLE
Clerk

_____

CHASE CARMEN HUNTER, APPELLANT v. ELEANOR KITZMAN IN

HER OFFICIAL CAPACITY AS COMMISSIONER OF INSURANCE,

JULIA RATHGEBER IN HER OFFICIAL CAPACITY AS

COMMISSIONER OF INSURANCE, AND THE TEXAS DEPARTMENT OF

INSURANCE, APPELLEES

---

MOTION TO EXTEND TIME FOR FILING MOTION FOR REVIEW OF

TRIAL COURT'S ORDER DATED FEBRUARY 19, 2015, SUSTAINING

CONTEST TO MOTION TO APPEAL IN FORMA PAUPERIS

---

From Cause D-1-GN-13001957 In The 250th District Travis

County, Texas, The Honorable John K. Dietz Presiding

---

Chase Carmen Hunter, *pro se*
340 S. Lemon Ave. #9039
Walnut, CA 91789
Telephone: 707-706-3647
Facsimile: 703-997-5999
Chase_Hunter@yahoo.com

- 1 -

**CERTIFICATION.**

I, Chase Carmen Hunter, state under penalty of perjury that the following facts and argument are true and correct.

_____   ___March 1, 2015___

**TEXAS RULE OF APPELLATE PROCEDURE 10.5(b)(1)(A)**

Deadline: 10 days from February 19, 2015, which is March 2, 2015

**TEXAS RULE OF APPELLATE PROCEDURE 10.5(b)(1)(B)**

LENGTH OF EXTENSION: 60 DAYS

**TEXAS RULE OF APPELLATE PROCEDURE 10.5(b)(1)(C)**

Facts: The Appellant is indigent. The Appellant is unable to pay a lawyer and is acting pro se. The issues are complicated and involve issues of extrinsic fraud, jurisdiction, gross errors, violations of the United States Constitution, violations of state and federal laws, violations of the Appellants civil rights and human rights, and much more. For these reasons, care must be taken in filing a motion for review; and

the Appellant needs time to prepare said motion for review.

**TEXAS RULE OF APPELLATE PROCEDURE 10.5(b)(1)(D)**

No previous extensions have been granted.

WHEREFORE, the Appellant requests that this motion for an extension be granted.

Respectfully Submitted,

/s/ Chase Carmen Hunter

Chase Carmen Hunter
Appellant, pro se
340 S. Walnut Ave. #9039
Walnut, CA 91789
Tel: 707-706-3647, Fax: 703-997-5999
Email: Chase_Hunter@yahoo.com

## CERTIFICATION

I, Chase Carmen Hunter, swear under penalty of perjury that the foregoing statements are true and correct.

_____          ___3/1/2015___
Chase Carmen Hunter

## CERTIFICATION PURSUANT TEX R. APP. P. 10.1(a)(5)

I, Chase Carmen Hunter, certify that I did attempt to get the Appellees' agreement for an extension as described herein. I contacted Cynthia Morales, counsel for the Appellees, by email on the morning of February 27, 2015, to discuss the issues described herein prior to filing this motion; and I received no response from Ms. Morales.

-3-

_reftt_
_____     ___3/1/2015___
Chase Carmen Hunter

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served upon the parties shown below as indicated:

Cynthia A. Morales
Assistant Attorney General
By Email on March 1, 2015 at
Cynthia.Morales@texasattorneygeneral.gov

_reftt_
_____
Chase Carmen Hunter